AO 106 (Rev 04/10) Application for a Search Warrant



# UNITED STATES DISTRICT COURT
for the
District of South Carolina

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Express Mail parcel number EJ522647299US addressed to Tanya Wright, 1518 Greenbay Drive, North Charleston, SC 29406

Case No.  2:21-cr-265-MHC

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Express Mail parcel number EJ522647299US addressed to Tanya Wright, 1518 Greenbay Drive, North Charleston, SC 29406

located in the ____Judicial____ District of ____South Carolina____, there is now concealed *(identify the person or describe the property to be seized)*:
evidence, fruits and/or instrumentalities of narcotics trafficking, narcotics

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 | Prohibited Acts - Distribution of Controlled Substance |
| 21 USC 846 | Attempt and Conspiracy |

The application is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Thomas Gasser, Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10 My 2021

City and state: Charleston, South Carolina

*Judge's signature*

Molly Cherry, U.S. Magistrate Judge
*Printed name and title*

I, T. Gasser, depose and state the following,

1. I am a United States Postal Inspector and have been so employed in this capacity for over 21 years. I am currently assigned to the Charleston, SC domicile where my responsibilities include narcotics investigations where the United States mail is used to traffic narcotics, or the proceeds generated from their illegal sales.

2. For the purpose of supporting an application for search warrant, I have set forth facts I believe are sufficient to establish probable cause that violations of Title 21 U.S.C. Section 841(a)(1) and 846 are contained within one Express Mail parcel number EJ522647299US, hereinafter referred to as "subject parcel." This affidavit presents only the information I believe supports probable cause for a search warrant, not all information that has been derived from this investigation. The subject parcel is addressed to Tanya Wright, 1518 Greenbay Drive, North Charleston, SC 29406 with a return address of Alyssa Wright, 417 S Citron St., Anaheim, CA 92805.





3. I have learned through prior investigations and trafficking intelligence developed by Postal Inspectors that the United States Postal Service's Express Mail and Priority Mailing services are frequently used by drug dealers for shipping controlled substances and/or proceeds from the sale of controlled substances, including, but not limited to cocaine, methamphetamine, heroin and marijuana. I also know from my training and experience that drug traffickers prefer overnight / priority delivery services because of their speed, reliability, and the ability to track the article's progress to the intended delivery point.

4. On or about May 5, 2021 I was reviewing USPS shipping data when I identified the subject parcel was mailed the day before from California. I know from training and experience that California is a source region for the shipment of narcotics.

5. On May 6, 2021 I ran the subject parcel in parcel tracking and noted delivery was attempted but showed "No Authorized Recipient Available." I contacted the delivery unit for the subject parcel and asked them to send the parcel to me for further investigation.

6. On May 7, 2021 I recovered the subject parcel at the Charleston Processing and Distribution Facility in North Charleston. I noted the label had no contact phone number information on it despite the fact there are specific lines for this information for both the addressee and sender. I found this unusual considering

2

the apparent urgency for delivery of the subject parcel given use of the premium delivery service of Express Mail and the postage of $89.05.

7. I used CLEAR, a law enforcement database I have found accurate in the past, to run the sender and addressee. I was unable to associate the name Wright with sender's address. I was similarly unable to associate the name Wright with the delivery address. I know from training and experience that individuals shipping narcotics through the mail may use incomplete, inaccurate or fictitious address information to disguise the true identities of senders and/or addressees.

8. Based on this information, I requested assistance from Detective Justin Garrison, a K9 handler for the North Charleston Police Department, to have his certified narcotics detection dog, "Buster," conduct an exterior examination of the subject parcel on May 7, 2021. The parcel was placed in a room at the U.S. Postal Inspection Service office with three other boxes known to not contain narcotics. "Buster" searched the area with his handler, and when he came to the subject parcel, he sat and stared at the parcel. Detective Garrison told me this constituted a positive alert indicating "Buster" detected the scent of a controlled substance emanating from the subject parcel.

9. Detective Garrison said he and "Buster" are certified by the South Carolina K9 Association and their last certification was March 2021. Detective Garrison said "Buster" has examined more than 70 parcels with no false alerts. Detective Garrison told me "Buster" is trained to detect the scent of marijuana, cocaine, heroin and methamphetamine.

10. I hereby request the court issue a search warrant for the subject parcel.

11. This affidavit has been reviewed by AUSA Amy Bower.

RESPECTFULLY SUBMITTED,

_____
POSTAL INSPECTOR TOM GASSER

This 10th day of May, 2021
Charleston, South Carolina

_____
The Honorable Molly Cherry
UNITED STATES MAGISTRATE JUDGE

3